IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ONOFRE GUERRA, JR., | § | B-04-021 |
| Petitioner, | § | |
| | § | |
| VS. | § | MISC. ACTION NO. B-03-022 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

### ORDER

Petitioner, Onofre Guerra Jr. ("Guerra") has filed a Motion for Writ of Error Coram Nobis pursuant to 28 U.S.C. § 1651. Petitioner will be allowed to proceed in Forma Pauperis.

The United States Government is hereby ordered to file a response by March 24, 2004.

DONE at Brownsville, Texas, this 6th day of February, 2004.

John Wm. Black
United States Magistrate Judge