**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**-BROWNSVILLE DIVISION-**

United States District Court
Southern District of Texas
ENTERED

APR 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ONOFRE GUERRA, JR.,<br>Petitioner, | § § § | |
| VS. | § | CIVIL ACTION NO. B-04-021 |
| UNITED STATES OF AMERICA,<br>Respondent. | § § § § | |

## ORDER

Petitioner, Onofre Guerra Jr. ("Guerra") has filed a Motion for Writ of Error Coram

Nobis pursuant to 28 U.S.C. § 1651. The United States Government is hereby ordered to file a

response by May 31st, 2004.

DONE at Brownsville, Texas, this 1st day of April, 2004.

John Wm. Black
United States Magistrate Judge