IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| ONOFRE GUERRA, JR., <br> Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-021 |
| UNITED STATES OF AMERICA, <br> Respondent. | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 23, 2004, be adopted and the Government's Motion to Dismiss be granted and Guerra's Motion for Writ of Error Coram Nobis be denied.

DONE at Brownsville, Texas, on this 21 day of July, 2004.

Hilda J. Tagle
United States District Judge