IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 0 2004

Michael N. Milby
Clerk of Court

ONOFRE GUERRA, JR.
    Petitioner,

VS.                              CIVIL ACTION NO. B-04-021

UNITED STATES OF AMERICA,
    Respondent.

## NOTICE OF APPEAL

Notice is hereby given that ONOFRE GUERRA, JR., the petitioner, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment on petitioner's Motion for Writ of Error Coram Nobis, entered for record in the above action on July 21, 2004.

    Respectfully submitted on this 21st day of August 2004.

                              Onofre Guerra, Jr. #02826-043
                              PRO SE REPRESENTATION
                              P.O. BOX 7000
                              TEXARKANA, TEXAS 75505

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this notice August 2004, to the Assistant U.S. Attorney, James L. Turner, P.O. Box 61129, Houston, Texas 77208.

                              Onofre Guerra, Jr.

August 21, 2004

Dear Clerk:

Please find enclosed the original and one copy of my "notice of Appeal" for filing with the Court.

Thank you in advance. I remain.

Sincerely,

*[signature]*