UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. Harrison St. - Room #101
Brownsville, Texas 78520
09/30/04

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

SEP 3 0 2004

Michael N. Milby
Clerk of Court

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: <u>Onofre Guerra, Jr. vs.</u>
United States of America
B-04-CV-21

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ x ] Certified Copy of Notice of Appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ x ] Record of appeal consisting of __1__ Volume(s) of the record; ___ Volume(s) of the transcript.

[ ] OTHER_____

In regard to the notice of appeal, the following information is furnished:

[ x ] This case is proceeding in forma pauperis.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: _____

[ x ] U.S. District Judge entering final judgment is___Judge Tagle_____

[ ] Court reporter assigned to this case is_____

[ ] If criminal case, number and names of defendants: _____

[ x ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

BY: *Dahlila Ahumada*
Dahlila Ahumada

cc: File
U.S.C.A
J. Arnold Aguilar
John Jordan, Jr.
Elizabeth Neally
Ricardo Morado