IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-41257

United States Court of Appeals
Fifth Circuit
**FILED**
November 2, 2004

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ONOFRE GUERRA, JR

       Defendant - Appellant

United States District Court
Southern District of Texas
FILED

NOV 0 8 2004

Michael N. Milby
Clerk of Court

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of November 2, 2004, for want of prosecution. The appellant failed to timely pay the docketing fee.

                      CHARLES R. FULBRUGE III
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                      By: _____
                            James deMontluzin, Deputy Clerk

        ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
                Deputy
New Orleans, Louisiana   NOV 0 2 2004

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

November 2, 2004

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 04-41257 USA v. Guerra
      USDC No. 1:77-CR-177
             1:04-CV-21

Enclosed is a certified copy of the judgment issued as the mandate.

                    Sincerely,

                    CHARLES R. FULBRUGE III, Clerk

             By: _____
                    James deMontluzin, Deputy Clerk
                    504-310-7679

cc: w/encl:
   Mr Onofre Guerra
   Mr James Lee Turner

MDT-1