IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 6 2004

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

VS.

ONOFRE GUERRA, JR.,

Criminal No. B-77-177
Civil Action No. B-04-021

MOTION FOR LEAVE TO PROCEED ON APPEAL THROUGH
IN FORMA PAUPERIS ON APPEAL FROM THIS COURT'S
DENIAL OF PETITIONER'S MOTION FOR WRIT OF ERROR
CORAM NOBIS PURSUANT TO 18 U.S.C. §3006(F)(7)

TO THE HONORABLE JUDGE OF SAID COURT:

NOW INTO COURT comes ONOFRE GUERRA, JR., the petitioner, appearing through pro se representation and respectfully moves this Court for leave to proceed on appeal pursuant to 18 U.S.C. §3006(F), through in forma pauperis status from this Court's denial of petitioner's motion for writ of error coram nobis, without prepayment of costs and fees, and without giving security therefor.

An application to proceed without prepayment of fees and affidavit is attached hereto and made part of this motion by reference herein.

Respectfully submitted on this 30 day of November 2004.

ONOFRE GUERRA, JR. #02826-043
PRO SE REPRESENTATION
P.O. Box 7000, Unit-G
TEXARKANA, TEXAS 75505

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this foregoing instrument has been mailed postage prepaid on this 30 day of November 2004, by depositing the same in the internal legal mail box at FCI Texarkana, Texas, addressed correctly to the assistant United States Attorney, James L. Turner, P.O. Box 61129, Houston, Texas 77208.

Executed under penalty of perjury on this 30 day of November, 2004.

ONOFRE GUERRA, JR.