IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ONOFRE GUERRA, JR., Petitioner, | § § § | |
| VS. | § | CIVIL ACTION NO. B-04-021 |
| UNITED STATES OF AMERICA, Respondent. | § § § § | |

## ORDER

Petitioner, Onofre Guerra Jr. ("Guerra") has filed a Motion to Proceed on Appeal through *In Forma Pauperis*. (Docket No. 18). Guerra is hereby allowed to proceed *in Forma Pauperis*.

DONE at Brownsville, Texas, this 7th day of December, 2004.

John Wm. Black
United States Magistrate Judge