United States District Court
Southern District of Texas
FILED

DEC 1 3 2004

Michael N. Milby
Clerk of Court

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

December 7, 2004

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 04-41257 USA v. Guerra
        USDC No.  1:77-CR-177
             1:04-CV-21

The court has granted appellant's motion to reinstate the appeal.

     Sincerely,

     CHARLES R. FULBRUGE III, Clerk

By: _____
     Shawn D. Henderson, Deputy Clerk
     504-310-7668

Mr Onofre Guerra
Mr James Lee Turner
Mr Michael N Milby, Clerk

MOT-2