United States Courts
Southern District of Texas
FILED
FEB 28 2005
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ONOFRE GUERRA, JR. | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-021 |
| | § | |
| UNITED STATES OF AMERICA | § | |

ONOFRE GUERRA'S JR.'S APPLICATION FOR A
CERTIFICATE OF APPEALABILITY

TO: HILDA J. TAGLE, UNITED STATES DISTRICT JUDGE

ONOFRE GUERRA, JR., Petitioner Pro Se, ("Guerra"), applies to this Court for a certificate of appealability to the Court's denial of Guerra's Motion for Writ of Error Coram Nobis, and in support of such application Guerra will show this Court as follows:

1. Guerra filed an original motion for a writ of error coram nobis, and that motion was eventually denied by this Court on July 21, 2004. Notice of appeal was timely, but improvidently, filed, and apparently the inmate who was assisting Guerra at that time did not know to file an application for a certificate of appealability to this Court. Accordingly, the appeal notice was processed to the Circuit Court.

2. After docketing in the Circuit Court the Circuit Court entered an order dismissing Guerra's appeal for want of prosecution. Guerra had failed to file the docketing fee. That misunderstanding was cleared up, and the appeal was reinstated.

3. Guerra then moved the Circuit Court for release of the record on appeal so Guerra could file his brief. Guerra was notified by the Circuit Court that the Circuit Court was waiting for the District Court to rule on certificate of appealability before the record could be released. Guerra then reviewed his file and noticed no COA application had been made to this Court.

4. Guerra now seeks COA on the following issues for his appeal:

A. Whether the Court erred in dismissing Guerra's motion for a writ of error coram nobis when the government's sole ground for dismissing Guerra's motion, that coram nobis was not an appropriate remedy available, was resolved inopposite to the government's claim; and

B. Whether the Court erred in dismissing Guerra's motion for a writ of error coram nobis when Guerra's claim that he never would have entered his peal of guilty to the 1977 charges had he known that sentencing under the Youth Offender Act would have benefitted him, contrary to the advice of his counsel at the time; and

C. Whether this Court erred in dismissing Guerra's motion for a writ of error coram nobis when US v SCOTT, 625 F2D 623, 625 (CA5 1980) holds that a plea of guilty entered as the result of faulty advice by counsel is a miscarriage of justice; and finally,

D. Whether this Court erred in dismissing Guerra's motion for a writ of error coram nobis by finding that Guerra suffered no miscarrige of justice, and in so finding, this Court neither addressed Guerra's standard for a miscarriage of justice, nor advanced a proper standard for its determination that no miscarriage of justice occurred in Guerra's case.

WHEREFORE, Guerra prays this Courts grants COA on the foregoing issues, or in the event COA is denied, that the denial be entered immediately and transmitted to the Fifth Circuit immediately so this appeal can proceed.

Respectfully submitted,

Onofre Guerra, Jr.
Reg No. 02826-043
F.C.I. Texarkana (Unit G)
P.O. Box 7000
Texarkana, Texas 75505-7000
PETITIONER PRO SE

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing application was duly served on the government by depositing same in the institution's mail depository for legal mail, first class postage prepaid, and addressed to: James Lee Turner, AUSA, P.O. Box 61129, Houston, Texas 77208-1129.

Date: 2/25/05

Onofre Guerra, Jr.
Petitioner Pro Se

Onofre Guerra, Jr.
Reg. No. 02826-043
F.C.I. Texarkana (Unit G)
P.O. Box 7000
Texarkana, Texas 75505-7000

United States Courts
Southern District of Texas
FILED
FEB 28 2005
Michael N. Milby, Clerk of Court

February 25, 2005

Office of the Clerk
United States District Court
P.O. Box 61010
Houston, Texas 77208-1010

RE: ONOFRE GUERRA, JR. vs. UNITED STATES
Civil Action No. B-04-021

Dear Clerk:

ENCLOSED PLEASE FIND the original and two copies of my application for a certificate of appealability in the above-referenced case. Donna Mendez of the Fifth Circuit Court of Appeals notified me that no COA had ever been ruled on by this Court, and the appeal of this case cannot proceed without there first being a denial of COA. Accordingly, I need you to file the original, provide Judge Tagle her complimentary copy and return a file marked copy in the stamped self-addressed envelope I have provided. Then, please, have Judge Tagle rule on the application and transmit that Order to the Court of Apepals immediately.

Thanking you in advance for your assistance in this matter, and I remain,

Sincerely,

Onofre Guerra, Jr.
Petitioner Pro Se

ENCLOSURES

cc: FILE

James Lee Turner
P.O. Box 61129
Houston, Texas 77208-1129

OG/jl

Onofre Guerra, Jr.
Reg. No. 02826-043
Federal Correctional Institution
Texarkana (Unit G)
P.O. Box 7000
Texarkana, Texas 75505-7000

TEXARKANA, TX
PM
FEB 25
2005
MAIL ROOM
FCI-TEXARKANA, TEXAS 75505-9500
FEB 25
Date
The enclosed letter was processed through special mail procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address
U.S. MARS
INSPECTED
LEGAL MAIL

Office of the Clerk
United States District Court
P.O. Box 61010
Houston, Texas 77208-1010

77208-1010