# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK



MAR 1 1 2005

Michael N. Milby
Clerk of Court

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

March 01, 2005

Honorable Hilda G Tagle
Southern District of Texas, Brownsville
United States District Court
#306
600 E Harrison Street
Brownsville, TX 78520-7114

        No. 04-41257 USA v. Guerra
        -----------------
        USDC# 1:04-CV-21

Dear Judge Tagle:

Our records reflect that there is an action pending for more than 75 days in the above referenced case. We cannot process the appeal further until this matter is resolved. As such, we ask for your assistance, and request a status update.

If our records are in error, or if you have disposed of the matter in any fashion, please advise us at your earliest convenience.

Thank you in advance for your help in this regard.

                          CHARLES R. FULBRUGE III, CLERK

                          By _____
                             David E. Young
                             Chief Deputy Clerk

cc: Michael N Milby, Clerk ✓