UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

March 15, 2005

Mr. Charles R. Fulbruge, III, Clerk      Re:   GUERRA
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102     VS   UNITED STATES OF AMERICA
New Orleans, Louisiana 70130

    CA B-04-021

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[X] Record of appeal consisting of __1__ Volume(s) of the record; ___ Volume(s) of the transcript;

[ ] Other:_____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee _____ HAS/ __X__ HAS NOT been paid.

[ X ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was
  PAID ON:_____

[X] U.S. District Judge entering final order is __HILDA G. TAGLE__

[ ] Court reporter assigned to this case is_____

[X] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
Rebecca Pinales, Deputy Clerk

cc: Onfre Guerra, Jr
    James L Turner

    File