DC CM/ECF LIVE - US District Court-Texas Southern  District Court Texas Southern Filed Docket Report 03/15/2005 Page 1 of 5

Page 1 of 5

APPEAL, MAG

# U.S. District Court
## Southern District of Texas (Brownsville)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00021
## Internal Use Only

Guerra v. United States Of Ame  
Assigned to: Judge Hilda G Tagle  
Demand: $0  
Cause: 28:1651 Petition for Writ of Mandamus

Date Filed: 12/29/2003  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Onfre Guerra, Jr.** represented by **Onfre Guerra, Jr.**
Federal Correctional Institution
G-Unit
P.O. Box 7000
Texarkana, TX 78520-7114
PRO SE

V.

**Respondent**

**United States Of America** represented by **James L Turner**
US Attorneys Office
PO Box 61129
Houston, TX 77208
713-567-9361
Fax: 713-718-3302
Email: jim.turner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By_____
Deputy Clerk

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2003 | | **Added party United States Of Ame (rpinales) (Entered: 01/13/2004) |
| 12/29/2003 | 1 | MOTION with memorandum in support for writ of Error Coram Nobis by Onfre Guerra Jr., Motion Docket Date 1/18/04 [1-1] motion , filed (rpinales) (Entered: 01/13/2004) |
| 12/29/2003 | | CASE REFERRED to Magistrate Judge John W. Black (rpinales) (Entered: 01/13/2004) |
| 02/06/2004 | 2 | ORDER , entered;Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by March 24, 2004. Parties notified. ( signed by Magistrate Judge John W. Black ) (rpinales) (Entered: 02/10/2004) |
| 02/06/2004 | 3 | ORDER , entered; Parties notified. Petitioner will be allowed to proceed in Forma Pauperis. The Clerk fo the Court is hereby ordered to file the above styled case as a Civil Action.( signed by Magistrate Judge John W. Black ) (rpinales) (Entered: 02/10/2004) |
| 02/10/2004 | | This case transferred to civil case number 1:04CV021 by order of United States Magistrate Judge John W. Black. (rpinales) (Entered: 02/26/2004) |
| 04/01/2004 | 4 | ORDER , entered; Petitioner has filed a Motion for Writ of Error Coram Nobis pursuant to 28 USC 1651. The United States Government is hereby ordered to file a response by May 31, 2004. Parties notified. ( signed by Magistrate Judge John W. Black ) (mperez) (Entered: 04/02/2004) |
| 04/08/2004 | | Deadline updated; Response to motion reset to 5/31/04 for [1-1] motion for writ of Error Coram Nobis |

| | | |
|---|---|---|
| | | (mperez) (Entered: 04/08/2004) |
| 05/12/2004 | | **Added for United States Of Ame attorney James L Turner (rpinales) (Entered: 05/12/2004) |
| 06/01/2004 | 5 | RESPONSE by United States Of Ame to [1-1] motion for writ of Error Coram Nobis , filed. (part 1 of 2) (dahumada) (Entered: 06/02/2004) |
| 06/02/2004 | 5 | MOTION to dismiss for want of jurisdiction by United States Of Ame, Motion Docket Date 6/22/04 [5-1] motion , filed. (part 2 of 2) (dahumada) (Entered: 06/02/2004) |
| 06/17/2004 | 6 | Petitioner's RESPONSE by Onfre Guerra Jr. to [5-1] response , filed. (dahumada) (Entered: 06/17/2004) |
| 06/23/2004 | 7 | REPORT AND RECOMMENDATIONS of Magistrate Judge John W. Black , entered. Parties ntfd. Case no longer referred to Magistrate Judge John W. Black Objections to R and R due by 7/3/04 (dahumada) Modified on 06/23/2004 (Entered: 06/23/2004) |
| 07/16/2004 | 8 | OBJECTION to [7-1] report and recommendations by Onfre Guerra Jr., filed. (dahumada) Modified on 07/19/2004 (Entered: 07/16/2004) |
| 07/21/2004 | 9 | ORDER granting [7-1] report and recommendations granting [5-1] motion to dismiss for want of jurisdiction denying [1-1] motion for writ of Error Coram Nobis , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (dahumada) Modified on 09/01/2004 (Entered: 07/21/2004) |
| 08/05/2004 | | **Renoticed document [10-1] order (dahumada) (Entered: 08/05/2004) |
| 08/30/2004 | 10 | This entry has been re-docketed as instr #13. NOTICE of APPEAL by Onfre Guerra Jr. , filed (dahumada) Modified on 09/01/2004 Modified on 9/30/2004 (ltien, ). (Entered: 08/30/2004) |

| | | |
|---|---|---|
| 08/30/2004 | ● 13 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re 9 Order, by Onfre Guerra Jr., filed. (dahumada, ) (Entered: 09/30/2004) |
| 09/01/2004 | | Notice of Appeal letter sent to the Court of Appeals. (dahumada) (Entered: 09/01/2004) |
| 09/30/2004 | ● 14 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re 13 Notice of Appeal. Fee status: ifp, filed. (dahumada, ) (Entered: 09/30/2004) |
| 09/30/2004 | ● 15 | Record on Appeal with certified docket sheet transmitted to US Court of Appeals for the Fifth Circuit re 13 Notice of Appeal ; consisting of One Volume of the Record, filed.(dahumada, ) (Entered: 09/30/2004) |
| 11/08/2004 | ● 16 | JUDGMENT of USCA for the Fifth Circuit (certified copy) dated 11/02/04; The appeal is dismissed as of November, 2, 2004, for want of prosecution. The appellant failed to timely pay the docketing fee, re 13 Notice of Appeal USCA No. 04-41257, filed. (bvasquez, ) (Entered: 11/09/2004) |
| 11/12/2004 | ●17 | Appeal Remark. Entry No. 15 was docketed prematurely due to retrieval of criminal record from record center. USCA No. 04-41257, filed. (CRIMINAL FILE CASE NO. 1:77CR177. (dahumada, ) (Entered: 11/12/2004) |
| 12/06/2004 | ● 18 | MOTION for Leave to Proceed Appeal in forma pauperis by Onfre Guerra, Jr, filed. Motion Docket Date 12/26/2004. (lalaniz, ) (Entered: 12/07/2004) |
| 12/06/2004 | ● 19 | MOTION/APPLICATION for Leave to Proceed in without prepayment of fees and affidavit by Onfre Guerra, Jr, filed. Motion Docket Date 12/26/2004. (lalaniz, ) (Entered: 12/07/2004) |
| 12/07/2004 | ● 20 | ORDER. Petitioner, Onofre Guerra, Jr. ("Guerra") has filed a MOtion to Proceed on Appeal through In |

| | | |
|---|---|---|
| | | Forma Pauperis (Docket No. 18). Guerra is hereby allowed to proceed in Forma Pauperis. 18 Motion for Leave to Appeal in forma pauperis .( Signed by Judge John William Black ) Parties notified.(bvasquez, ) (Entered: 12/07/2004) |
| 12/13/2004 | 21 | ORDER of USCA for the Fifth Circuit (certified copy) dated 12/07/04 Reinstating 13 Notice of Appeal. USCA No. 04-41257. The court has granted appellant's motion to reinstate the appeal, filed. (bvasquez, ) (Entered: 12/15/2004) |
| 02/28/2005 | 22 | APPLICATION/MOTION for Certificate of Appealability by Onfre Guerra, Jr, filed. Motion Docket Date 3/21/2005. (sjones, ) (Entered: 03/02/2005) |
| 03/11/2005 | 23 | Letter from David E.Young, Chief Deputy Clerk, USCA re: Action Pending , filed. (bvasquez, ) (Entered: 03/14/2005) |