United States District Court
Southern District of Texas
FILED

MAR 2 4 2005

Michael N. Milby
Clerk of Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _/s/ illegible_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>D. Willoro    MAR 2? 2005 |
| 1. Article Addressed to:<br>ONFRE GUERRA, JR<br>FCI - G-UNIT<br>P.O. BOX 7000<br>Texarkana, TX 78520-7114<br><br>B·04 CV 021 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from se_  7003 1010 0003 6967 5987 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540