# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

APR 1 4 2005

Michael N. Milby
Clerk of Court

April 14, 2002

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: ONFRE GUERRA, JR

VS UNITED STATES OF AMERICA

CA B-04-021      04-41257

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[  ] Certified copy of the notice of appeal and docket entries.

[  ] Certified copy of the notice of cross-appeal and docket entries.

[  ] Record of appeal consisting of _____ Volume(s) of the record; _____ Volume(s) of the transcript;

[X] Supplemental record consisting of 1 vol. of the record, including updated docket entries.

[  ] Other: _____

In regard to the notice of appeal, the following information is furnished:

[  ] The Court of Appeals docket fee _____ HAS/ _____ HAS NOT been paid.

[x] This case is proceeding in **forma pauperis**.

[  ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was
     PAID ON:_____

[  ] U.S. District Judge entering final order is_____ Hilda G. Tagle _____

[  ] Court reporter assigned to this case is_____

[  ] If criminal case, number and names of defendants:_____

[  ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,
MICHAEL N. MILBY, CLERK

BY: _____
Rebecca Pinales, Deputy Clerk

cc: File