## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

United States District Court
Southern District of Texas
FILED

JUN 2 8 2005

Michael N. Milby
Clerk of Court

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

June 9, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 04-41257 USA v. Guerra
      USDC No.  1:77-CR-177
               1:04-CV-21

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

                      Sincerely,

                      CHARLES R. FULBRUGE III, Clerk

               By: _____
                    Jodi Rodrigue, Deputy Clerk
                    504-310-7718

cc: w/encl:
    Mr Onofre Guerra
    Mr James Lee Turner

MDT-1

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 04-41257

---

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ONOFRE GUERRA, JR

       Defendant - Appellant

**United States Court of Appeals
Fifth Circuit
FILED
June 9, 2005

Charles R. Fulbruge III
Clerk**

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of June 9, 2005, for want of prosecution. The appellant failed to timely file motion for certificate of appealability and brief in support.

                    CHARLES R. FULBRUGE III
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

                    By: _____
                         Jodi Rodrigue, Deputy Clerk

                    ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit

By _____
                    Deputy
New Orleans, Louisiana   JUN 9 2005