United States District Court
Southern District of Texas
FILED

JUL 1 8 2005

Michael N. Milby
Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

July 7, 2005

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 04-41257 USA v. Guerra
USDC No.  1:77-CR-177
1:04-CV-21

The court has granted appellant's motion to reinstate the appeal. Appellant's motion for a certificate of appealability and brief in support are due within 21 days from the date of this letter, or, not later than July 28, 2005.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Claudia Farrington, Deputy Clerk
504-310-7706

Mr Onofre Guerra
Mr James Lee Turner
Mr Michael N Milby, Clerk

MOT-2