# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 22, 2006

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED

AUG 2 4 2006

Michael N. Milby
Clerk of Court

No. 04-41257 USA v. Guerra
USDC No. 1:77-CR-177
           1:04-CV-21

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 3 ) Volumes    ( 1 ) Envelope

                               Sincerely,

                               CHARLES R. FULBRUGE III, Clerk

                          By: _Angelique D. Batiste_____
                               Angelique D. Batiste, Deputy Clerk
                               504-310-7700

cc: (letter only)
    Honorable Hilda G Tagle
    Mr Onofre Guerra
    Mr James Lee Turner

P.S. to Judge Tagle:  A copy of the opinion was sent to your office via email the day it was filed.

MDT-1