United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

**FILED**
June 29, 2006

Charles R. Fulbruge III
Clerk

No. 04-41257
Summary Calendar

D.C. Docket No. 1:77-CR-177
1:04-CV-21

United States District Court
Southern District of Texas
FILED

AUG 2 4 2006

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ONOFRE GUERRA, JR

    Defendant - Appellant

Appeal from the United States District Court for the Southern District of Texas, Brownsville.

Before KING, WIENER, and DeMOSS, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE: AUG 2 2 2006

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy

New Orleans, Louisiana   AUG 2 2 2006